UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

                                **ORDER**
                                **FOR ACCEPTANCE OF CASH BAIL**

   -against-

Othniel Polanco                     Docket No. 12-646M

-------------------------------------------------X

     Bail having been fixed by Hon. __Mann__ in the above entitled action in the amount of $ __100,000__ of which sum $ __10,000__ in cash is to be deposited with the Clerk of the Court.

     It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ __10,000__ when tendered on behalf of the above defendant.

     SO ORDERED.

Dated: Brooklyn, New York
        July 30, 2012

                                                UNITED STATES   s/Mann

Receipt No. _____
Money Deposited By: _____
address & Telephone _____